360 A.2d 678
COMMONWEALTH
v.
COLDER, Appellant.

Submitted June 9, 1975. Ernest Kardas, Assistant Public Defender, and

Kenneth P. Barrow, Public Defender, for appellant; Ralph B. D'Iorio, Assistant District Attorney, and Stephen J. McEwen, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.